No. 74–1151. PLANNED PARENTHOOD OF CENTRAL MISSOURI ET AL. *v.* DANFORTH, ATTORNEY GENERAL OF MISSOURI, ET AL.; and

No. 74–1419. DANFORTH, ATTORNEY GENERAL OF MISSOURI *v.* PLANNED PARENTHOOD OF CENTRAL MISSOURI ET AL. Appeals from D. C. E. D. Mo. [Probable jurisdiction noted, *ante,* p. 819.] Motion of Lawyers for Life, Inc., et al. for leave to file a brief as *amici curiae* granted. Motions of D. C. Right of Life Committee (Wash., D. C.) et al., and Dr. Eugene Diamond et al. for leave to file briefs as *amici curiae* denied.

No. 74–1263. BREWER, WARDEN *v.* WILLIAMS. C. A. 8th Cir. [Certiorari granted, *ante,* p. 1031.] Motion for appointment of counsel granted, and it is ordered that Robert Bartels, Esquire, of Iowa City, Iowa, be appointed to serve as counsel for respondent in this case.

No. 74–1318. DREW MUNICIPAL SEPARATE SCHOOL DISTRICT ET AL. *v.* ANDREWS ET AL. C. A. 5th Cir. [Certiorari granted, *ante,* p. 820.] Motion of respondents for leave to proceed further herein *in forma pauperis* denied.

No. 74–1492. WASHINGTON, MAYOR OF WASHINGTON, D. C., ET AL. *v.* DAVIS ET AL. C. A. D. C. Cir. [Certiorari granted, *ante,* p. 820.] Motion of Educational Testing Service for leave to file a brief as *amicus curiae* granted. Motion of Executive Committee of the Division of Industrial Organizational Psychology (Div. 14) of the American Psychological Assn. for leave to file a brief as *amicus curiae* granted and request to participate in oral argument denied.